AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Actavis L L C**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                **J Burton LeBlanc IV**
                **Baron & Budd (BR)**
                **2600 CitiPlace Dr Ste 400**
                **Baton Rouge, LA 70810**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  3/16/2020

    /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Actavis L L C** was received by me on *(date)*_____.

- I personally served the summons on **Actavis L L C** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                                              *Server's signature*

                                                                              _____
                                                                              *Printed name and title*


                                                                              _____
                                                                              *Server's address*


Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Actavis Pharma Inc**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __3/16/2020__

__/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Actavis Pharma Inc** was received by me on *(date)*_____.

- I personally served the summons on **Actavis Pharma Inc** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on-line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| <u>PHILLIP TERRELL</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| <u>AMERISOURCEBERGEN DRUG CORP , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Allergan P L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020

   /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Allergan P L C** was received by me on *(date)*_____.

- I personally served the summons on **Allergan P L C** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20−CV−00335−DDD−JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**AmerisourceBergen Drug Corp**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020     /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **AmerisourceBergen Drug Corp** was received by me on
*(date)*_____.

- I personally served the summons on **AmerisourceBergen Drug Corp** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                       *Server's signature*

                                                       _____
                                                       *Printed name and title*

                                                       _____
                                                       *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20−CV−00335−DDD−JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**C V S Health Corp**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/16/2020__

__/s/ − Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **C V S Health Corp** was received by me on *(date)*_____.

- I personally served the summons on **C V S Health Corp** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                         _____
                                                                                      *Server's signature*

                                                                             _____
                                                                                      *Printed name and title*

                                                                             _____
                                                                                      *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

PHILLIP TERRELL )
Plaintiff )
v. ) Civil Action No. 1:20–CV–00335–DDD–JPM
) Judge Dee D Drell
AMERISOURCEBERGEN DRUG CORP , et al. )
Defendant )

### SUMMONS IN A CIVIL ACTION

To:
**Cardinal Health Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  3/16/2020

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Cardinal Health Inc** was received by me on *(date)*_____.

- I personally served the summons on **Cardinal Health Inc** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20−CV−00335−DDD−JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Cephalon Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Cephalon Inc** was received by me on *(date)*_____.

- I personally served the summons on **Cephalon Inc** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                *Server's signature*

                                                        _____
                                                                *Printed name and title*

                                                        _____
                                                                *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

PHILLIP TERRELL )
Plaintiff )
v. ) Civil Action No. 1:20−CV−00335−DDD−JPM
) Judge Dee D Drell
AMERISOURCEBERGEN DRUG CORP , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Endo Health Solutions Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/16/2020__

__/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Endo Health Solutions Inc** was received by me on
*(date)*_____ .

- I personally served the summons on **Endo Health Solutions Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*

                                     _____
                                              *Printed name and title*


                                     _____
                                              *Server's address*


Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20−CV−00335−DDD−JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Endo Pharmaceuticals Inc**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Endo Pharmaceuticals Inc** was received by me on
*(date)*_____.

- I personally served the summons on **Endo Pharmaceuticals Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Janssen Pharmaceutica Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/16/2020__

_/s/ – Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Janssen Pharmaceutica Inc** was received by me on
*(date)*_____.

- I personally served the summons on **Janssen Pharmaceutica Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

<table>
<tr><td>PHILLIP TERRELL</td><td>)</td><td></td></tr>
<tr><td align="center">Plaintiff</td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td>Civil Action No. 1:20−CV−00335−DDD−JPM</td></tr>
<tr><td></td><td>)</td><td>Judge Dee D Drell</td></tr>
<tr><td>AMERISOURCEBERGEN DRUG CORP , et al.</td><td>)</td><td></td></tr>
<tr><td align="center">Defendant</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:
**Janssen Pharmaceuticals Inc**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Janssen Pharmaceuticals Inc** was received by me on
*(date)*_____.

- I personally served the summons on **Janssen Pharmaceuticals Inc** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                                    *Server's signature*

                                                                                    _____
                                                                                    *Printed name and title*

                                                                                    _____
                                                                                    *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Johnson & Johnson**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/16/2020__

 __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Johnson & Johnson** was received by me on *(date)*_____.

- • I personally served the summons on **Johnson & Johnson** at *(place)*_____
  _____ on *(date)*_____; or

- • I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- • I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- • I returned the summons unexecuted because _____
  _____; or

- • Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Louisiana Wholesale Drug Co Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/16/2020__

_/s/ – Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Louisiana Wholesale Drug Co Inc** was received by me on
*(date)*_____.

- I personally served the summons on **Louisiana Wholesale Drug Co Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

<table>
<tr><td>PHILLIP TERRELL</td><td>)</td><td></td></tr>
<tr><td style="text-align:center">Plaintiff</td><td>)</td><td></td></tr>
<tr><td style="text-align:center">v.</td><td>)</td><td>Civil Action No. 1:20−CV−00335−DDD−JPM</td></tr>
<tr><td></td><td>)</td><td>Judge Dee D Drell</td></tr>
<tr><td>AMERISOURCEBERGEN DRUG CORP , et al.</td><td>)</td><td></td></tr>
<tr><td style="text-align:center">Defendant</td><td>)</td><td></td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To:
**Mallinckrodt L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __3/16/2020__

__/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Mallinckrodt L L C** was received by me on *(date)*_____.

- I personally served the summons on **Mallinckrodt L L C** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20−CV−00335−DDD−JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Mallinckrodt P L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/16/2020__

_/s/ − Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Mallinckrodt P L C** was received by me on *(date)*_____.

- I personally served the summons on **Mallinckrodt P L C** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

PHILLIP TERRELL )
Plaintiff )
v. ) Civil Action No. 1:20−CV−00335−DDD−JPM
) Judge Dee D Drell
AMERISOURCEBERGEN DRUG CORP , et al. )
Defendant )

**SUMMONS IN A CIVIL ACTION**

To:
**McKesson Corp**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**J Burton LeBlanc IV
Baron & Budd (BR)
2600 CitiPlace Dr Ste 400
Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **McKesson Corp** was received by me on *(date)*_____.

      • I personally served the summons on **McKesson Corp** at *(place)*_____
      _____ on *(date)*_____; or

      • I left the summons at the individual's residence or usual place of abode with *(name)* _____
      _____ , a person of suitable age and discretion who resides there, on *(date)*
      _____ , and mailed a copy to the individual's last known address; or

      • I served the summons on *(name of individual)* _____, who is designated by law
      to accept service of process on behalf of *(name of organization)* _____
      _____ on *(date)* _____; or

      • I returned the summons unexecuted because _____
      _____; or

      • Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on-line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Morris & Dickson Co L L C**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Morris & Dickson Co L L C** was received by me on
*(date)*_____.

- I personally served the summons on **Morris & Dickson Co L L C** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____

                                                    _____
                                                            *Server's signature*

                                                    _____
                                                          *Printed name and title*

                                                    _____
                                                            *Server's address*


Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Noramco Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __3/16/2020__

_/s/ – Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Noramco Inc** was received by me on *(date)*_____.

• I personally served the summons on **Noramco Inc** at *(place)*_____
_____ on *(date)*_____; or

• I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

• I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

• I returned the summons unexecuted because _____
_____; or

• Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Ortho–McNeil–Janssen Pharmaceuticals Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/16/2020__

_/s/ – Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Ortho–McNeil–Janssen Pharmaceuticals Inc** was received by me on
*(date)*_____.

- I personally served the summons on **Ortho–McNeil–Janssen Pharmaceuticals Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____                      _____
                                                           *Server's signature*

                                                    _____
                                                         *Printed name and title*

                                                    _____
                                                          *Server's address*


Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Teva Pharmaceutical Industries Ltd**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Teva Pharmaceutical Industries Ltd** was received by me on
*(date)*_____.

- I personally served the summons on **Teva Pharmaceutical Industries Ltd** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                            *Server's signature*

                                                _____
                                                            *Printed name and title*

                                                _____
                                                            *Server's address*


Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

<u>PHILLIP TERRELL</u>                           )
      Plaintiff                                    )
          v.                                     )  Civil Action No. 1:20–CV–00335–DDD–JPM
                                               )  Judge Dee D Drell
<u>AMERISOURCEBERGEN DRUG CORP , et al.</u>   )
      Defendant                                   )

### SUMMONS IN A CIVIL ACTION

To:
**Teva Pharmaceuticals U S A Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **J Burton LeBlanc IV**
        **Baron & Budd (BR)**
        **2600 CitiPlace Dr Ste 400**
        **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __3/16/2020__

      __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Teva Pharmaceuticals U S A Inc** was received by me on
*(date)*_____.

- I personally served the summons on **Teva Pharmaceuticals U S A Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                                              *Server's signature*

                                                   _____
                                                              *Printed name and title*

                                                   _____
                                                              *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20–CV–00335–DDD–JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Walgreens Boots Alliance Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020

_/s/ – Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Walgreens Boots Alliance Inc** was received by me on *(date)*_____.

- I personally served the summons on **Walgreens Boots Alliance Inc** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20−CV−00335−DDD−JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Walmart Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/16/2020

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Walmart Inc** was received by me on *(date)*_____.

   • I personally served the summons on **Walmart Inc** at *(place)*_____
      _____ on *(date)*_____; or

   • I left the summons at the individual's residence or usual place of abode with *(name)* _____
      _____ , a person of suitable age and discretion who resides there, on *(date)*
      _____ , and mailed a copy to the individual's last known address; or

   • I served the summons on *(name of individual)* _____, who is designated by law
      to accept service of process on behalf of *(name of organization)* _____
      _____ on *(date)* _____; or

   • I returned the summons unexecuted because _____
      _____; or

   • Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                *Server's signature*

                                                       _____
                                                                *Printed name and title*

                                                       _____
                                                                *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| <u>PHILLIP TERRELL</u> | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20−CV−00335−DDD−JPM |
| | ) Judge Dee D Drell |
| <u>AMERISOURCEBERGEN DRUG CORP , et al.</u> | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Watson Laboratories Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **J Burton LeBlanc IV**
> **Baron & Budd (BR)**
> **2600 CitiPlace Dr Ste 400**
> **Baton Rouge, LA 70810**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/16/2020__

  __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Watson Laboratories Inc** was received by me on *(date)*_____.

- I personally served the summons on **Watson Laboratories Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                   *Server's signature*

                                        _____
                                                   *Printed name and title*

                                        _____
                                                   *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP TERRELL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:20−CV−00335−DDD−JPM |
| | ) Judge Dee D Drell |
| AMERISOURCEBERGEN DRUG CORP , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Watson Pharmaceuticals Inc**


     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               **J Burton LeBlanc IV**
               **Baron & Budd (BR)**
               **2600 CitiPlace Dr Ste 400**
               **Baton Rouge, LA 70810**


     If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/16/2020__

          _/s/ − Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20–CV–00335–DDD–JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Watson Pharmaceuticals Inc** was received by me on
*(date)*_____.

- I personally served the summons on **Watson Pharmaceuticals Inc** at
 *(place)*_____ _____ on
 *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
 _____ , a person of suitable age and discretion who resides there, on *(date)*
 _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
 to accept service of process on behalf of *(name of organization)* _____
 _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
 _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on–line.

LAW101 (Rev. 6/12)